1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   VICTOR MARTINEZ
6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )      CR.NO.S-08-562–EJG
10                                 )
        PLAINTIFF,                 )      STIPULATION AND
11                                 )      ORDER TO CONTINUE THE
        v.                         )      JUDGMENT AND SENTENCING
12                                 )      TO MAY 6, 2011
   VICTOR MARTINEZ, et al.,        )
13                                 )
        DEFENDANTS.                )
14  _____)

15
        The parties to this action, the United States of America, represented by Mr.
16
   Richard  Bender , and the defendant Victor Martinez, represented by Mr. James R.
17
   Greiner, hereby agree and stipulate that the Judgment and Sentencing presently
18
   scheduled for Friday, April 29, 2011, can be continued to Friday, May 6, 2011 at
19
   10:00 a.m., due to a calendaring conflict on behalf of defense counsel.[1]
20
        Respectfully Submitted
21
                                          BENJAMIN B. WAGNER
22                                        UNITED STATES ATTORNEY

23  DATED: 4-22-11
                                          /s/ RICHARD BENDER
24                                        _____
                                          RICHARD BENDER
25                                        ASSISTANT UNITED STATES ATTORNEY
                                          REPRESENTING THE PLAINTIFF
26

27       [1]This conflict of dates has been discussed with the defendant and the defendant has no objection.

28                                        1

1 DATED: 4-22-11                          /s/ JAMES R. GREINER

2                                         JAMES R, GREINER
                                          Attorney for Defendant
3                                         Victor Martinez

4                                    **ORDER**

5

6    **FOR GOOD CAUSE SHOWN**:

7

8    The Judgment and Sentencing is continued to Friday, May 6, 2011.

9

10   **IT IS SO ORDERED** this 22nd day of April, 2011

11

12

13                                  /s/ Edward J. Garcia

14                                  HONORABLE SENIOR
15                                  DISTRICT COURT JUDGE
                                    EDWARD J. GARCIA
16

17

18

19

20

21

22

23

24

25

26

27

28                                      2