**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
VICTOR MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> VICTOR MARTINEZ, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-562–EJG <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCING TO JUNE 10, 2011 |

The parties to this action, the United States of America, represented by Mr. Richard Bender , and the defendant Victor Martinez, represented by Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing presently scheduled for Friday, May 20, 2011, can be continued to Friday, June 10, 2011 at 10:00 a.m., due to a calendaring conflict on behalf of defense counsel. This will allow defense counsel sufficient time to address the issues raised by the almost 2 page letter given to defense counsel in open Court on May 6, 2011.

Respectfully Submitted

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 5-17-11

/s/ RICHARD BENDER
_____
RICHARD BENDER
ASSISTANT UNITED STATES ATTORNEY

1

REPRESENTING THE PLAINTIFF

DATED: 5-17-11                           /s/ JAMES R. GREINER
                                         _____
                                         JAMES R. GREINER
                                         Attorney for Defendant
                                         Victor Martinez

**ORDER**

**FOR GOOD CAUSE SHOWN**:

The Judgment and Sentencing is continued to Friday, June 10, 2011.

**IT IS SO ORDERED**.


DATED: May 18, 2011



                                         /s/ Edward J. Garcia
                                         _____
                                         HONORABLE SENIOR
                                         DISTRICT COURT JUDGE
                                         EDWARD J. GARCIA

2