UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　v.<br><br>VICTOR MANUEL MARTINEZ,<br><br>　　　　Movant. | No. 2:08-cr-00562-WBS-AC-5<br><br><br>ORDER |

　　　Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. See ECF No. 427. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days after service of this order. See Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. See id., Rule 5.

　　　Movant's traverse, if any, is due within thirty days after service of respondent's answer.

　　　The Clerk of Court is directed to serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: December 14, 2015

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE