1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:08-cr-0562 WBS AC;
                                                  2:15-cv-2510 WBS AC
12                  Respondent,

13        v.                                ORDER

14   VICTOR MANUEL MARTINEZ,

15                  Movant.

16

17        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

18   correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 27, 2023, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty-one days.  ECF No. 472.

23   Neither party has filed objections to the findings and recommendations.

24        Although it appears from the file that movant's copy of the findings and recommendations

25   was returned, movant was properly served.  It is the movant's responsibility to keep the court

26   apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents

27   at the record address of the party is fully effective.

28   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations filed October 27, 2023 (ECF No. 472), are adopted

5  in full;

6    2.  The motion to vacate under 28 U.S.C. § 2255 (ECF No. 427) is denied;

7    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

8  § 2253; and

9    4.  The Clerk of the Court is directed to close the companion civil case, No. 2:15-cv-2510

10  WBS AC, and to enter judgment.

11  Dated:  December 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15  Mart0562.803.vac

2